AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| TRUSTEES OF THE PLUMBERS AND STEAMFITTERS UNION LOCAL NO. 10 APPRENTICESHIP FUND | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  3:24-cv-00180 |
| VICTORIA NAPKY | ) ) ) | |
| *Defendant(s)* | ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Victoria Napky
23 N. Cedar Avenue
Richmond, VA 23076

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jacob N. Szewczyk
O'Donoghue & O'Donoghue LLP
5301 Wisconsin Avenue NW, Suite 800
Washington, D.C. 20015

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  3/12/2024

*Signature of Clerk or Deputy Clerk*

# Priority+ Legal Services, Inc.

## 1777 Reisterstown Road, Suite 22-406, Pikesville, MD 21208
### (443) 277-6180

### Affidavit - Return of Private Process

**U. S. District Court Eastern District of Virginia**

**Case #**  3:24-cv-00180

**Case**  TRUSTEES OF THE PLUMBERS AND STEAMFITTERS UNION LOCAL NO. 10 APPRENTICESHIP FUND
vs.

Victoria Napky

The undersigned certifies to be a competent person over 18 years old and is not a party to the aforesaid action.

**That on 4/6/2024 at 10:15:00 PM at 23 N. Cedar Avenue, Richmond, VA 23076**

Victoria Napky was served with:
Accepted by:

- ☑ Writ of Summons
- ☑ Complaint
- ☐ Injunction
- ☐ Interrogatories
- ☐ Subpoena
- ☐ Notice to Take Deposition
- ☐ Order to Appear for Oral Exam
- ☑ Supporting Documents

- ☐ Confessed Judgement
- ☐ Show Cause Order
- ☐ Replevin
- ☐ Writ of Garnishment on Property
- ☐ Writ of Garnishment on Wages
- ☐ Civil Non-Domestic Case Information Report
- ☐ Civil Domestic Case Information Report
- ☐ Request for Production of Documents

Other:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Race:** | White | **Height** | 5'2" | **Hair:** | Black | **Age:** | 25 |
| **Sex** | Female | **Weight:** | 110 | **Other:** | | | |

The undersigned further solemnly declares and affirms under the penalty of perjury that the matter and facts set forth herein are true and correct to the best of my knowledge, information and belief.

Date: 4/9/2024

Private Process Server
Filer info: 1777 Reisterstown Road, Suite 22-406,
Pikesville,, MD 21208 Email:priorityplus@aol.com
Phone: 443-277-6180