IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **TRUSTEES OF THE PLUMBERS AND STEAMFITTERS UNION LOCAL NO. 10 APPRENTICESHIP FUND,** | ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   Civil Action No.: 3:24-cv-00180 ) ) |
| **VICTORIA NAPKY,** | ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEARANCE

COMES NOW Mark J. Passero of the law firm of LawrenceQueen and enters his appearance as counsel for the Defendant, Victoria Napky. Mr. Passero is a member in good standing of the Virginia State Bar and has been admitted to practice before this Court.

Respectfully Submitted,

*/s/ Mark J. Passero*
Mark J. Passero (VSB No. 90463)
LawrenceQueen
701 East Franklin Street, Suite 700
Richmond, Virginia 23219
Telephone: (804) 643-9343
Facsimile: (804) 643-9368
*mpassero@lawrencequeen.com*

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

On this 29th day of April 2024, I certify that the foregoing document was served via the Court's ECF system upon all counsel of record, including the following:

Jacob N. Szewczyk, Esq. (VSB No. 89617)
Charles W. Gilligan, Esq. (admitted pro hac vice)
Sumbul I. Alam, Esq. (pro hac vice forthcoming)
O'Donoghue & O'Donoghue LLP
5301 Wisconsin Avenue NW, Suite 800
Washington, DC 20015
Telephone (202) 362-0041
Facsimile (202) 362-2640
*jszewczyk@odonoghuelaw.com*
*cgilligan@odonoghuelaw.com*
*salam@odonoghuelaw.com*

*Counsel for Plaintiff*

*/s/ Mark J. Passero*
Mark J. Passero (VSB No. 90463)
LawrenceQueen
701 East Franklin Street, Suite 700
Richmond, Virginia 23219
Telephone: (804) 643-9343
Facsimile: (804) 643-9368
*mpassero@lawrencequeen.com*

*Counsel for Defendant*