IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **TRUSTEES OF THE PLUMBERS AND STEAMFITTERS UNION LOCAL NO. 10 APPRENTICESHIP FUND,** | )<br>)<br>)<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | )   Civil Action No.: 3:24-cv-00180<br>)<br>) |
| **VICTORIA NAPKY,** | )<br>) |
| **Defendant.** | )<br>) |

**ORDER**

This matter is before the Court on Defendant's Motion to Dismiss pursuant to Rule 12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure ("Motion to Dismiss") (ECF No. __). For the reasons stated in the accompanying Memorandum Opinion, the Motion to Dismiss (ECF No. __) is GRANTED.

Let the Clerk file this Order electronically and notify all counsel of record accordingly.

It is so ORDERED.

_____
Henry E. Hudson
Senior United States District Judge

Richmond, Virginia

Dated: _____