IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND STEAMFITERS UNION LOCAL NO. 10 APPRENTICESHIP FUND,<br><br>    Plaintiff,<br><br>v.<br><br>VICTORIA NAPKY,<br><br>    Defendant. | Civil Action No. 3:24-cv-180 |

## NOTICE OF APPEARANCE

COMES NOW D. Scott Laws of the law firm of LawrenceQueen and enters his appearance as counsel for the Defendant, Victoria Napky. Mr. Laws is a member in good standing of the Virginia State Bar and has been admitted to practice before this Court.

                                              Respectfully Submitted,

                                              */s/ D. Scott Laws*
                                              D. Scott Laws (VSB No. 99436)
                                              LawrenceQueen
                                              701 East Franklin Street, Suite 700
                                              Richmond, Virginia 23219
                                              Telephone: (804) 643-9343
                                              Facsimile: (804) 643-9368
                                              *slaws@lawrencequeen.com*

                                              *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

On this 2nd day of May 2024, I certify that the foregoing document was served via the Court's ECF system upon all counsel of record, including the following:

Jacob N. Szewczyk, Esq. (VSB No. 89617)
Charles W. Gilligan, Esq. (admitted pro hac vice)
Sumbul I. Alam, Esq. (pro hac vice forthcoming)
O'Donoghue & O'Donoghue LLP
5301 Wisconsin Avenue NW, Suite 800
Washington, DC 20015
Telephone (202) 362-0041
Facsimile (202) 362-2640
*jszewczyk@odonoghuelaw.com*
*cgilligan@odonoghuelaw.com*
*salam@odonoghuelaw.com*

*Counsel for Plaintiff*

*/s/ D. Scott Laws*
D. Scott Laws (VSB No. 99436)
LawrenceQueen
701 East Franklin Street, Suite 700
Richmond, Virginia 23219
Telephone: (804) 643-9343
Facsimile: (804) 643-9368
*slaws@lawrencequeen.com*

*Counsel for Defendant*