IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND STEAM-FITTERS UNION LOCAL NO. 10 APPRENTICESHIP FUND, | )<br>)<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **Civil Action No. 3:24-cv-00180**<br>)<br>)<br>) |
| VICTORIA NAPKY, | )<br>)<br>) |
| Defendant. | )<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of May, 2024 a copy of the foregoing Memorandum of Law In Opposition to Defendant's Motion to Dismiss was filed with the Court by CM/ECF. I further certify that electronic filing of same constitutes service on Defendant's counsel, who is registered with the Court's CM/ECF.

    /s/ Jacob N. Szewczyk
Jacob N. Szewczyk, Esq. (VA Bar No. 89617)