IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

|  |  |  |
|---|---|---|
| TRUSTEES OF THE PLUMBERS AND STEAMFITTERS UNION LOCAL NO. 10 APPRENTICESHIP FUND, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No.: 3:24-cv-00180 |
| VICTORIA NAPKY, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

This matter is before the Court on Defendant's Motion to Dismiss Plaintiff's Amended Complaint pursuant to Rule 12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure ("Motion to Dismiss") (ECF No. 14). For the reasons stated in the accompanying Memorandum Opinion, the Motion to Dismiss (ECF No. 14) is GRANTED.

Let the Clerk file this Order electronically and notify all counsel of record accordingly.

It is so ORDERED.

_____
Henry E. Hudson
Senior United States District Judge

Richmond, Virginia

Dated: _____