IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND STEAM-FITTERS UNION LOCAL NO. 10 APPRENTICESHIP FUND, <br><br> Plaintiff, <br><br> v. <br><br> VICTORIA NAPKY, <br><br> Defendant. | Civil Action No. 3:24-cv-00180 |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of June, 2024 a copy of the foregoing Memorandum of Law In Opposition to Defendant's Motion to Dismiss was filed with the Court by CM/ECF. I further certify that electronic filing of same constitutes service on Defendant's counsel, who is registered with the Court's CM/ECF.

                                                                                               /s/ Jacob N. Szewczyk
                                                          Jacob N. Szewczyk, Esq. (VA Bar No. 89617)