**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

TRUSTEES OF THE PLUMBERS AND
STEAMFITTERS UNION LOCAL NO. 10
APPRENTICESHIP FUND,

      Plaintiff,

v.                                          Civil Action No. 3:24CV00180-HEH

VICTORIA NAPKY,

      Defendant.

**SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 16(a) and 16(b) and Local Rule 16(B), a pretrial

conference is scheduled in this action for **THURSDAY, AUGUST 1, 2024** at **10:00 a.m.**

Please report to the Courtroom of Judge Hudson, Seventh Floor, Spottswood W. Robinson

III and Robert R. Merhige, Jr. United States Courthouse, 701 East Broad Street, Richmond,

Virginia.   It is anticipated that the conference will last approximately ten (10) minutes.

The Court will set a trial date which will be within one hundred twenty (120) to one

hundred fifty (150) days after the pretrial conference except for complex litigation or in other

unusual circumstances.   Unless approved by the Court before the pretrial conference,

counsel who will actually try the case or counsel with full decision-making authority shall

attend the pretrial conference.[1]   Counsel attending shall be prepared to provide available

---

[1] The Court recognizes that lead counsel may be out-of-state.   As long as counsel who appears
at the pretrial conference has full decision-making authority and is prepared to set a firm trial
date, out-of-state counsel need not appear.

dates for trial and motions for all counsel of record.   In any event, counsel shall be

knowledgeable of the facts and legal issues in the action and shall be prepared to set a firm

trial date.   Absent extraordinary circumstances, pretrial conferences will not be conducted

via telephone.

Finding it in the interest of justice and otherwise reasonably necessary for the orderly

and efficient administration of justice, it is hereby **ORDERED** that the schedule set forth in

Pretrial Schedule A (attached) shall govern the progress of this action, except to the extent

amended or augmented by the terms of the Initial Pretrial Order issued after the pretrial

conference or by any other Order.

Issued at the direction of the Court.

By:    _____/s/_____
       R.W. Pizzini, Deputy Clerk

Richmond, Virginia
Date:   July 3, 2024

IF THIS CASE IS SETTLED PRIOR TO THE CONFERENCE, PLEASE CALL THE
CLERK'S OFFICE AT (804) 916-2227.   THANK YOU.

Revised 4/06/2020

2